UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1679-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA )<br>FOR A SEIZURE WARRANT FOR: )<br>WELLS FARGO BANK ACCOUNT )<br>#3000195353290 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the seizure warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

_____
Robert T. Numbers, II
United States Magistrate Judge